**Motion Granted; Appeal Dismissed and Memorandum Opinion filed October 16, 2012.**



In The

# Fourteenth Court of Appeals

### NO. 14-12-00606-CV

### HORIZON UNITED GROUP INTERNATIONAL, LLC D/B/A HORIZON GROUP INTERNATIONAL, Appellant

### V.

### PEARLAND CAPITAL GROUP, LP, Appellee

**On Appeal from the 412th District Court
Brazoria County, Texas
Trial Court Cause No. 59510**

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed June 19, 2012. On September 21, 2012, appellee filed a motion to dismiss the appeal as moot. The motion states it is unopposed. As of this date, appellant filed no objection to the motion.

Accordingly, the motion is granted and the appeal is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Brown and Busby.